# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-17067-AMC

Joseph Quinn

772 Dale Road

Huntingdon Valley, PA 19006

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

Joseph Quinn

772 Dale Road

Huntingdon Valley, PA 19006

Counsel for debtor(s), by electronic notice only.

    MICHAEL A CATALDO
    1500 WALNUT ST
    SUITE 900
    PHILADELPHIA, PA 19102-

                                         /S/ William C. Miller

Date: 8/8/2016                                       _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee