United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 13-17067-amc
Joseph Quinn                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR              Page 1 of 2                  Date Rcvd: Sep 14, 2016
                                Form ID: pdf900           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
```
db         +Joseph Quinn,    772 Dale Road,    Huntingdon Valley, PA 19006-8319
13133342   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13133343   +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
             Simi Valley, CA 93062-5170
13133344   +Bank of America Mortgage,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13247976    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13133345   +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13133346   +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
13133347   +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13186166    CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
13133348    Citimortgage,    P.O. Box 79001,    Saint Louis, MO 63179
13133349   +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13133351   +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
13133353   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13241042   +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13133354   +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13133355   +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13511653   +++Federal National Mortgage Association,    "Fannie Mae" c/o Seterus Inc.,    PO Box 1047,
             Hartford, CT 06143-1047
13133358    PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
             Harrisburg, PA 17120-0946
13133359   +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
             Chicago, IL 60661-3631
13154030   +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:13     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2016 02:09:52
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2016 02:10:10     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: kab@jsdc.com Sep 15 2016 02:09:47     JP Morgan Chase Bank NA,
             c/o Kimberly A. Bonner, Esq,    P.O. Box 650,    Hershey, PA 17033-0650
13192523   +E-mail/Text: bncmail@w-legal.com Sep 15 2016 02:10:07     ALTAIR OH XIII, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13133350   +E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:13     City of Philadelphia,
             Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadephai, PA 19102-1504
13130633    E-mail/Text: mrdiscen@discover.com Sep 15 2016 02:09:45     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13133352   +E-mail/Text: mrdiscen@discover.com Sep 15 2016 02:09:45     Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
13133356   +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2016 02:03:41     Gecrb/sleepys,    Po Box 981439,
             El Paso, TX 79998-1439
13133357    E-mail/Text: cio.bncmail@irs.gov Sep 15 2016 02:09:47     I.R.S.,    P.O. Box 7346,
             Philadelphia, PA 19101-7346
13172969   +E-mail/Text: bk.notifications@jpmchase.com Sep 15 2016 02:09:50     JPMorgan Chase Bank, N.A.,
             PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13243586    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2016 02:03:43
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13263596    E-mail/PDF: pa_dc_ed@navient.com Sep 15 2016 02:03:58     Sallie Mae Inc, On Behalf of The,
             Department of Education,    DOE,    P.O. Box 740351,    Atlanta, GA 30374-0351
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Federal National Mortgage Association ("Fannie Mae
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Sep 14, 2016
                              Form ID: pdf900           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JENIECE D. DAVIS     on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
              JEROME B. BLANK     on behalf of Defendant    CitiMortgage, Inc. paeb@fedphe.com
              KIMBERLY A. BONNER     on behalf of Creditor    JP Morgan Chase Bank NA amps@manleydeas.com
              MICHAEL A. CATALDO2     on behalf of Debtor Joseph   Quinn ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2     on behalf of Plaintiff Joseph   Quinn ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Joseph   Quinn ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Joseph Quinn                    Chapter 13

            Debtor          Bankruptcy No. 13-17067-AMC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A CATALDO
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA 19102-

Debtor:
Joseph Quinn

772 Dale Road

Huntingdon Valley, PA 19006